FILED
2026 Mar-31 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| JAMES RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ____________________<br><br>On removal from the Circuit Court of Madison County, Alabama at Case No. 47-CV-2026-900340 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Innovis Data Solutions, Inc. ("Innovis") hereby removes the above-captioned litigation to the United States District Court for the Northern District of Alabama. As grounds for removal, Innovis states as follows:

## I. THIS COURT HAS REMOVAL JURISDICTION.

1. This litigation involves Plaintiff James Russell's Complaint against Defendant Innovis. Exhibit A (Summons and Complaint).

2. Plaintiff filed the Complaint in the Circuit Court of Madison County, Alabama at Case No. 01-CV-2026-900340. *Id.*

3. A defendant who has been sued in a state court may remove a "civil action . . . of which the district courts of the United States have original jurisdiction . . . to the district court of the United States for the district and division embracing

the place where such action is pending." 28 U.S.C. § 1441(a).

4. This Court's "original jurisdiction" includes "civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

5. Plaintiff's Complaint pleads claims which arise under a "law[] . . . of the United States," namely the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. *See* Exhibit A at 3 (alleging at ¶ 10 that Innovis violated the FCRA).

6. Because Plaintiff's claims arise under federal law, the Complaint presents a federal question under 28 U.S.C. § 1331 and falls within this Court's original jurisdiction under 28 U.S.C. § 1441(a).

7. Because Madison County, Alabama is within this Court's judicial district, this Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).

## II. THIS NOTICE OF REMOVAL IS TIMELY.

8. Each defendant must remove litigation to federal court "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

9. Plaintiff served the Complaint on Innovis's registered agent, which received it on March 2, 2026.

10. Because Innovis is filing this Notice of Removal within 30 days from

the date on which it received a copy of Plaintiff's Complaint (*i.e.*, on or before April 1, 2026), the Notice of Removal is timely.

## III. THIS NOTICE OF REMOVAL IS PROPER.

11. In accordance with 28 U.S.C. § 1446(b), Innovis is filing, as Exhibit A, a true and correct copy of "all process, pleadings, and orders served upon" Innovis in this litigation.

12. Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that immediately after the filing of this Notice of Removal in this Court, a Notice of Notice of Removal will be filed in the Circuit Court of Madison County and will be served on all parties.

WHEREFORE, Defendant Innovis gives notice that the above-captioned litigation has been removed from the Circuit Court of Madison County to the United States District Court for the Northern District of Alabama.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Brooke R. Watson*
Brooke R. Watson (AL Bar No. 1268P91V)
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, NC 28202
(704) 998-4079
brooke.watson@troutman.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, counsel for Defendant Innovis served a true and correct copy of the foregoing **NOTICE OF REMOVAL** upon Plaintiff by sending it via email to Plaintiff's counsel of record, Aluko Collins, Sr., The Collins Firm, LLC, 401 Madison Street SE, Huntsville, AL 35801, acollins@thecollinsfirmlegal.com, per Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Brooke R. Watson*
Brooke R. Watson

*Counsel for Defendant*